UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00090-JAD-DJA-1 |
| Plaintiff, | **ORDER** |
| v. | |
| ROSHERRAL LACONIA BEVERLY, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the Initial Appearance/Arraignment and Plea currently scheduled for Tuesday, April 22, 2025 at 2:30 p.m., be vacated and continued to ___April 30, 2025___ at the hour of 2:30 p.m. in Courtroom 3D before United States Magistrate Judge Elayna J. Youchah.

DATED this 21st day of April, 2025.

_____
UNITED STATES MAGISTRATE JUDGE