# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

ROSHERRAL LACONIA BEVERLY,

        Defendant.

Case No. 2:25-cr-90-JAD-DJA

**[Proposed] Order Granting Stipulation to Continue Sentencing (First Request)**

Based on the parties' stipulation to continue the sentencing hearing, and good cause appearing therefore, the Court hereby finds that:

1.    On September 23, 2025, defendant Beverly pled guilty to four counts of willful failure to file a tax return in violation of 26 U.S.C. § 7203 (a Class A misdemeanor). The Court scheduled sentencing for December 22, 2025, at 10:00 a.m.

2.    The AUSA assigned to this matter recently departed the U.S. Attorney's Office.

3.    New counsel for the government is out of the jurisdiction the week of December 22, 2025.

4.    Counsel for the defendant will be unavailable January 21, 2026, through and including January 23, 2026. Counsel for the defendant also will be unavailable February 23, 2026, through and including February 27, 2026.

5.    This continuance is not sought for purposes of delay, but to accommodate the schedule of new counsel for the government.

6.    For the reasons stated above, the ends of justice would best be served by a continuance of the sentencing.

7.    Defendant is out of custody and does not object to the request for continuance.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**ORDER**

    **IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for

December 22, 2025, at 10:00 a.m. is reset to 10:00 a.m. on January 13, 2026, in Courtroom

6D.

**DATED:** _12/11/2025_

_____
HON. JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

4